**Order entered July 18, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00825-CV

### IN THE INTEREST OF J.A., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 15-00638-W**

## ORDER

Before the Court is the District Clerk's request for a ten-day extension in which to file the clerk's record. The request is **GRANTED**. The clerk's record is now due **on or before July 28, 2016**. However, because this is an accelerated appeal, the District Clerk shall advise this Court on or before July 28, 2016, whether the record has been located. If the record has not been located, this Court may take whatever measures it deems necessary, including abatement, to determine whether the record has been lost or destroyed due to no fault of the appellant. *See* TEX. R. APP. P. 34.5(e); 35.3(c).

/s/     ELIZABETH LANG-MIERS
           PRESIDING JUSTICE